# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re:

**JOHNATHAN MICHAEL BRUMMEL,**   Case No. 8:26-bk-10486-SC

Chapter 7

Debtor.

---

**JOHNATHAN MICHAEL BRUMMEL,**   Adversary No. 8:26-ap-01043-SC

Plaintiff,

v.

**UNITED STATES DEPARTMENT
OF EDUCATION;
UNITED STATES ATTORNEY GENERAL;
UNITED STATES ATTORNEY FOR THE
CENTRAL DISTRICT OF CALIFORNIA;
NELNET, INC.,**

Defendants.

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT
# WITH CERTIFIED MAIL RECEIPTS

Filed herewith:

1. Proof of Service of Document (F 7004-1.SUMMONS.ADV.PROC)
   documenting service by United States Mail, Certified Mail,
   Return Receipt Requested, First Class, on all four defendants
   on April 1, 2026.

2. USPS Certified Mail Receipts (4) with tracking numbers
   confirming mailing to each defendant on April 1, 2026.

Hon. Scott C. Clarkson, United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
255 Radial, Irvine, CA 92618

A true and correct copy (1) of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:
COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT

UNDER 11 U.S.C. § 523(a)(8)  Order re: Rule 26(f) Meeting, Initial Disclosures, and Scheduling Conference

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __April 1, 2026___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
1. Civil Process Clerk, USAO-CDCA, Rm 7516, 300 N. Los Angeles St., LA, CA 90012
2. Attorney General of the U.S., DOJ, Ben Franklin Sta., P.O. Box 683, Wash., D.C. 20044
3. U.S. Dept. of Education, OGC, 400 Maryland Ave. SW, Rm 6E353, Wash., D.C. 20202
4. Nelnet, Inc., Reg. Agent, 121 S. 13th St., Ste. 201, Lincoln, NE 68508

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 1, 2026 | Johnathan Michael Brummel | |
| --- | --- | --- |
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.







