| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| TODD BLANCHE<br>Attorney General<br>BILAL A. ESSAYLI<br>First Assistant United States Attorney<br>DANIEL A. BECK<br>Chief, Civil Division<br>JOLENE TANNER<br>Chief, Tax and Bankruptcy Section<br>GAVIN GREENE (SBN 230807)<br>Assistant United States Attorney<br>Federal Building, Suite 7211<br>Los Angeles, CA 90012<br>Telephone: (213) 894-4600<br>Facsimile: (213) 894-0115<br>E-mail: gavin.greene@usdoj.gov<br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: U.S. Department of Education | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re JOHNATHAN MICHAEL BRUMMEL,<br><br>Debtor. | CASE NO.: 8:26-bk-10486-SC<br>CHAPTER: 7<br>ADVERSARY NO.: 8:26-AP-01043-SC |
| JOHNATHAN MICHAEL BRUMMEL,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendant. | **NOTICE OF LODGMENT RE**<br>STIPULATION TO EXTEND DATESAND DEADLINES PURSUANT TO THIS COURT'S STUDENT LOAN AP GUIDELINES |

PLEASE TAKE NOTE that ORDER APPROVING STIPULATION TO EXTEND DATES AND DEADLINES PURSUANT TO THIS COURT'S STUDENT LOAN ADVERSARY PROCEEDING GUIDELINES was lodged on 8/21/26 and is attached. This order relates to the motion which is docket number 10.

# EXHIBIT A

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
JOLENE TANNER
Assistant United States Attorney
Chief, Tax and Bankruptcy Section
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
Room 7211, Federal Building
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-4600
Facsimile: (213) 894-0115
E-mail: Gavin.Greene@usdoj.gov

Attorneys for Defendant, United States Department of Education

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

In re

JOHNATHAN MICHAEL BRUMMEL,

Debtor.

---

JOHNATHAN MICHAEL BRUMMEL,

Plaintiff,

vs.

UNITED STATES DEPARTMENT OF EDUCATION,

Defendant.

Case No. 8:26-bk-10486-SC

Chapter 7

Adv. No. 8:26-ap-01043-SC

**ORDER APPROVING STIPULATION TO EXTEND DATES AND DEADLINES PURSUANT TO THIS COURT'S STUDENT LOAN ADVERSARY PROCEEDING GUIDELINES**

[Lodged concurrently with Stipulation]

Initial Status Conference:
Date: October 13, 2026
Time: 1:30 p.m.

New Status Conference:
Date: February 9, 2027
Time: 1:30 p.m.
Place: Courtroom 5C
411 W. Fourth Street
Santa Ana, CA 92701

Based upon the Stipulation to Extend Dates and Deadlines Pursuant to this Court's Student Loan AP Guidelines ("Stipulation") (Dkt. 10), entered into by and between Plaintiff Jonathan Michale Brummel and U.S. Department of Education,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved.

2. The Department of Education shall answer or otherwise respond to Plaintiff's complaint by December 24, 2026.

3. The Status Conference currently scheduled for October 13, 2026, at 1:30 p.m. is continued to February 9, 2027, at 1:30 p.m.

4. A joint status report is due 14 days prior to the continued status conference.

###

**PROOF OF SERVICE OF DOCUMEN**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 300 N. Los Angeles Street, Suite 7211, Los Angeles, CA 90012

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED B THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/21/26, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Gavin L Greene gavin.greene@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On 8/21/26, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Johnathan Michael Brummel
255 Radial
Irvine, CA 92618

Nelnet, Inc.
(no address provided)

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 8/21/26, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

| | | |
|---|---|---|
| 8/21/26 | Maria Luisa Parcon | /s/ Maria Luisa Parcon |
| *Date* | *Printed Name* | *Signature* |