L . O . U
Lodged Order Upload

**Adversary LODGED ORDER UPLOAD FORM**

Monday, August 24, 2026

CONFIRMATION :

Your Lodged Order Info:
( **11355103.docx** )
A new order has been added

- **Office**: Santa Ana
- **Case Title**: Brummel v. United States Department Of Education et al
- **Case Number**: 26-01043
- **Judge Initial**: SC
- **Case Type**: ap ( Adversary )
- **Document Number**: 12
- **On Date**: 08/24/2026 @ 09:43 AM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012